ROB BONTA, State Bar No. 202668
Attorney General of California
JOHN D. ECHEVERRIA, State Bar No. 268843
Supervising Deputy Attorney General
MARIA F. BUXTON, State Bar No. 318563
Deputy Attorney General
JAY RUSSELL, State Bar No. 122626
Deputy Attorney General
MEGHAN H. STRONG, State Bar No. 324503
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3877
 Fax:  (415) 703-5480
 E-mail:  Meghan.Strong@doj.ca.gov
*Attorneys for Defendants California Governor
Gavin Newsom and California Attorney General
Rob Bonta*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE GEO GROUP, INC., a Florida Corporation,**<br><br>Plaintiff,<br><br>v.<br><br>**GAVIN C. NEWSOM, in his official capacity as Governor of the State of California; ROB BONTA, in his official capacity as Attorney General of the State of California; and KRISTOPHER LYON, in his official capacity as Kern County Health Officer,**<br><br>Defendants. | Case No. 2:24-cv-2924-DAD-CSK<br><br>**STIPULATION FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 144(A)**<br><br>Judge:         The Honorable Dale A. Drozd<br>Action Filed:  October 22, 2024 |

1

Pursuant to Civil Local Rule 144(a), Plaintiff The GEO Group, Inc., and Defendants California Governor Gavin C. Newsom, California Attorney General Rob Bonta, and Kern County Health Officer Kristopher Lyon, (collectively "Defendants") stipulate and agree as follows:

WHEREAS, Plaintiff filed this lawsuit on October 22, 2024 (Dkt. 1);

WHEREAS, Plaintiff served copies of the summons and complaint on Attorney General Rob Bonta on October 31, 2024;

WHEREAS, Plaintiff served copies of the summons and complaint on Governor Newsom and Kern County Health Officer Lyon on November 1, 2024;

WHEREAS, Attorney General Bonta's current deadline to respond to Plaintiff's complaint is November 21, 2024;

WHEREAS, Governor Newsom's and Kern County Health Officer Lyon's current deadline to respond to Plaintiff's complaint is November 22, 2024;

WHEREAS, the parties agree that good cause exists to extend Defendants' deadline to respond to Plaintiff's complaint by 28 days (as to Attorney General Bonta) and 27 days (as to Governor Newsom and Kern County Health Officer Lyon);

WHEREAS, pursuant to Local Rule 144(a), the parties may stipulate to an extension of the time to respond to the complaint of up to 28 days without leave of the Court;

NOW, THEREFORE, it is hereby stipulated and agreed that:

Defendants' deadline to respond to Plaintiff's complaint shall be extended to December 19, 2024.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

| | |
|---|---|
| Dated:  November 15, 2024 | Respectfully submitted, |
| | ROB BONTA<br>Attorney General of California<br>JOHN D. ECHEVERRIA<br>Supervising Deputy Attorney General |
| | */s/ Meghan H. Strong* |
| | MEGHAN H. STRONG<br>Deputy Attorney General<br>*Attorneys for Defendants California*<br>*Governor Gavin Newsom and California*<br>*Attorney General Rob Bonta* |
| | MARGOT RAISON<br>Kern County Counsel |
| | */s/ Andrew C. Hamilton*<br>(as authorized on Nov. 15, 2024) |
| | ANDREW C. HAMILTON<br>Deputy County Counsel<br>*Attorneys for Defendant Kristopher Lyon* |
| | DAVIS WRIGHT TREMAINE LLP |
| | */s/ Matthew E. Ladew*<br>(as authorized on Nov. 15, 2024) |
| | MATTHEW E. LADEW<br>*Attorneys for Plaintiff THE GEO GROUP,*<br>*INC., a Florida Corporation* |

SA2024304839

# CERTIFICATE OF SERVICE

Case Name:   *The Geo Group, Inc. v. Gavin C. Newsom, et al.*
Case No.       **2:24-cv-2924**

I hereby certify that on <u>November 15, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 144(A)**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>November 15, 2024</u>, at San Francisco, California.

| G. Pang | *(signature)* |
|---|---|
| Declarant | Signature |

SA2024304839/44404631.docx