

United States District Court
Eastern District of California

| THE GEO GROUP, INC. |
|---|
Plaintiff(s)

V.

| GAVIN NEWSOM, ET AL. |
|---|
Defendant(s)

Case Number: 2:24-cv-02924

**AMENDED** APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Scott Allyn Schipma hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: The GEO Group, Inc.

On 04/01/1996 (date), I was admitted to practice and presently in good standing in the District of Columbia Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 11/20/2024          Signature of Applicant: /s/ Scott A. Schipma

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Scott Allyn Schipma |
| Law Firm Name: | NA |
| Address: | 4955 Technology Way |
| City: | Boca Raton   State: FL   Zip: 33431 |
| Phone Number w/Area Code: | (561) 999-7615 |
| City and State of Residence: | |
| Primary E-mail Address: | scott.schipma@GEOgroup.com |
| Secondary E-mail Address: | gveniero@geogroup.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Matthew Ladew |
| Law Firm Name: | Davis Wright Tremaine LLP |
| Address: | 865 South Figueroa Street, Suite 2400 |
| City: | Los Angeles   State: CA   Zip: 90017 |
| Phone Number w/Area Code: | (213) 655-9657   Bar #: 318215 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 20, 2024

*Dale A. Drozd*
JUDGE, U.S. DISTRICT COURT