ROB BONTA, State Bar No. 202668
Attorney General of California
JOHN D. ECHEVERRIA, State Bar No. 268843
Supervising Deputy Attorney General
MARIA F. BUXTON, State Bar No. 318563
Deputy Attorney General
JAY RUSSELL, State Bar No. 122626
Deputy Attorney General
MEGHAN H. STRONG, State Bar No. 324503
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3877
  Fax:  (415) 703-5480
  E-mail:  Meghan.Strong@doj.ca.gov
*Attorneys for Defendants California Governor Gavin Newsom and California Attorney General Rob Bonta*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE GEO GROUP, INC.**, a Florida Corporation,<br><br>                      Plaintiff,<br><br>            v.<br><br>**GAVIN C. NEWSOM**, in his official capacity as Governor of the State of California; **ROB BONTA**, in his official capacity as Attorney General of the State of California; and **KRISTOPHER LYON**, in his official capacity as Kern County Health Officer,<br><br>                      Defendants. | Case No. 2:24-cv-2924-DAD-CSK<br><br>**STIPULATION TO STAY DISCOVERY PENDING RESOLUTION OF MOTION FOR PRELIMINARY INJUNCTION AND MOTION TO DISMISS**<br><br>Judge:       The Honorable Dale A. Drozd<br>Trial Date:  None set<br>Action Filed:  October 22, 2024 |

1  Plaintiff The GEO Group, Inc. ("Plaintiff"), and Defendants California Governor Gavin C. Newsom, California Attorney General Rob Bonta, and Kern County Health Officer Kristopher Lyon, in their respective official capacities, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed this lawsuit on October 22, 2024 (Dkt. 1);

WHEREAS, on November 20, 2024, Plaintiff filed a Motion for Preliminary Injunction (Dkt. 19);

WHEREAS, on December 20, 2024, Defendants Bonta and Newsom filed a Motion to Dismiss Plaintiff's Complaint, which Defendant Lyon joined (Dkts. 24, 26);

WHEREAS, the parties stipulated to, and the Court entered, a briefing and hearing schedule to brief the parties' motions in parallel and hear both motions on March 3, 2025 (Dkts. 22, 23); and

WHEREAS, the parties conducted a conference pursuant to Federal Rule of Civil Procedure 26(f) on January 8, 2025, and agreed that good cause exists to stay discovery, including initial disclosures, by any party until after resolution of the pending Motion for Preliminary Injunction and Motion to Dismiss;

NOW, THEREFORE, the parties hereby stipulate and agree that:

- No party shall serve or respond to any discovery in this action until after issuance of the Court's order(s) on the pending Motion for Preliminary Injunction and Motion to Dismiss and, if any party appeals the Court's order(s) on said motions, after final resolution of the appeal;

- The deadline for all parties to serve initial disclosures pursuant to Federal Rule of Civil Procedure 26 is extended until 60 days after issuance of the Court's order(s) on the pending Motion for Preliminary Injunction and Motion to Dismiss and, if any party appeals the Court's order(s), 60 days after issuance of the mandate in any such appeal; and

- Within 45 days after issuance of the Court's order(s) on the pending Motion for Preliminary Injunction and Motion to Dismiss, or if any party appeals such order(s), within 45 days after issuance of the mandate in any such appeal, the

parties will meet and confer regarding discovery and will file with the Court a joint status report that proposes a schedule for conducting discovery, if any.

Dated: January 28, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
JOHN D. ECHEVERRIA
Supervising Deputy Attorney General

/s/ Meghan H. Strong

MEGHAN H. STRONG
Deputy Attorney General
*Attorneys for Defendants California Governor Gavin Newsom and California Attorney General Rob Bonta*

MARGO RAISON
Kern County Counsel

/s/ Jeremy S. McNutt
(as authorized on Jan. 28, 2025)

JEREMY S. MCNUTT
Deputy County Counsel
*Attorneys for Defendant Kristopher Lyon*

DAVIS WRIGHT TREMAINE LLP

/s/ Nicole Phillis
(as authorized on Jan. 27, 2025)

NICOLE PHILLIS
*Attorneys for Plaintiff THE GEO GROUP, INC., a Florida Corporation*

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | ***The Geo Group, Inc. v. Gavin C. Newsom, et al.*** | Case No. | **2:24-cv-2924-DAD-CSK** |

I hereby certify that on <u>January 28, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **STIPULATION TO STAY DISCOVERY PENDING RESOLUTION OF MOTION FOR PRELIMINARY INJUNCTION AND MOTION TO DISMISS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>January 28, 2025</u>, at San Francisco, California.

| M. Mendiola | *M. Mendiola* (signature) |
|---|---|
| Declarant | Signature |

SA2024304839
44487548.docx