UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE GEO GROUP, INC., | No. 2:24-cv-02924-DAD-CSK |
| Plaintiff, | |
| v. | ORDER DISMISSING ACTION |
| GAVIN C. NEWSOM, et al., | (Doc. No. 37) |
| Defendants. | |

On May 2, 2025, the court issued an order denying plaintiff's motion for preliminary injunction and granting the motion to dismiss plaintiff's complaint filed on behalf of defendants Gavin C. Newsom and Rob Bonta in which defendant Kristopher Lyon filed a notice of joinder (Doc. Nos. 19, 24, 26). (Doc. No. 36.) The court therein dismissed all of plaintiff's claims on the grounds that plaintiff had failed to allege its standing in this action. (*Id.* at 6–12, 14.)

Plaintiff was granted leave to amend. (*Id.* at 14.) Specifically, plaintiff was directed to file either a first amended complaint or a notice of its intent not to do so within twenty-one (21) days from the date of entry of the court's order. (*Id.* at 15.) On May 21, 2025, plaintiff filed a notice of its intent not to file a first amended complaint. (Doc. No. 37.)

Accordingly, the court reiterates that plaintiff's claims asserted in its complaint have been dismissed without prejudice pursuant to Federal Rule of Civil Procedure 12 for the reasons stated in its May 2, 2025 order. (*See* Doc. No. 36); *see also Sabana v. CoreLogic, Inc.*, No. 24-987,

1

2025 WL 985111, at *1 (9th Cir. Apr. 2, 2025) ("The district court dismissed the case with prejudice based on a lack of standing.  This constitutes an error, because jurisdictional dismissals pursuant to Fed. R. Civ. P. 12(b)(1) must be entered without prejudice.").[1]

The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **June 9, 2025**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] Citation to this unpublished Ninth Circuit opinion is appropriate pursuant to Ninth Circuit Rule 36-3(b).

2